W. H. WOODWARD, Respondent, v. WALTER M. HODGE
ET AL., Appellants.

**St. Louis Court of Appeals, February 23, 1887.**

PRACTICE, APPELLATE—FILING BRIEFS—STIPULATION—A stipulation
signed by both parties and filed in the cause, that the cause may
be taken as submitted on the record, does not dispense with the
necessity of the appellant filing a statement and brief under the
rule of court.

APPEAL from the St. Louis Circuit Court, DANIEL
DILLON, Judge.

*Appeal dismissed.*

O'GRADY & CASE, for the appellants.

ALEX. GARESCHÉ, JR., and DAVIS & DAVIS, for the
respondent.

LEWIS, P. J., delivered the opinion of the court.

Appearances have been entered for both parties in
this cause, and an assignment of errors filed. But no
statement or brief has been filed by either party, as is
required by statute and the rules of this court. A stip-
ulation is on file, to the effect that "the case may be
taken as submitted on the record." Parties can not, by
agreement in this way, dispense with a rule which is
designed to aid us in the investigation of causes, and
leave us to hunt through the record for the possible
points requiring examination. For failure to properly
prosecute this cause, the appeal is dismissed. All the
judges concur.